ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| OBXtek, Inc. | ) ASBCA Nos. 62309, 62647, 62731 |
| | ) |
| Under Contract No. FA9101-15-F-0001 | ) |

APPEARANCES FOR THE APPELLANT:      Isaias Cy Alba, IV, Esq.
                                    Lauren R. Brier, Esq.
                                    Katherine B. Burrows, Esq.
                                    Todd M. Reinecker, Esq.
                                    Camilla J. Hundley, Esq.
                                      PilieroMazza PLLC
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                      Air Force Deputy Chief Trial Attorney
                                    Isabelle P. Cutting, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The Board has received the parties' joint motion to dismiss the appeals with prejudice, submitted on behalf of the parties by respondent. The motion advises the appeals have been settled. The motion is granted. The appeals are dismissed with prejudice.

Dated: March 1, 2022

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62309, 62647, 62731, Appeals of OBXtek, Inc., rendered in conformance with the Board's Charter.

Dated:  March 1, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals